**ALD-252**                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1797
_____

IN RE:  FRANK E. VOTH,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 3-14-cv-07582)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 12, 2016
Before:  AMBRO, SHWARTZ, and NYGAARD, Circuit Judges

(Opinion filed:  June 1, 2016)
_____

OPINION*
_____

PER CURIAM

Frank E. Voth filed a petition for a writ of mandamus seeking an order directing

the District Court to rule on his motion for leave to proceed in forma pauperis.  The

District Court granted that motion on April 28, 2016.  Thus, because Voth has received

all of the relief he requested, his petition is moot and we will dismiss it on that basis.  See

Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.